IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 23-13786-pmm |
| **Rand J Prinder** | : | **Chapter 13** |
| **Sandra J Prinder** | : | **Judge Patricia M. Mayer** |
| | : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : | |
| | : | |
| **Wells Fargo Bank, N.A.** | : | Date and Time of Hearing |
| Movant, | : | Place of Hearing |
| | : | August 20, 2025 at 01:00 p.m. |
| vs | : | |
| | : | |
| **Rand J Prinder** | : | U.S. Bankruptcy Court, |
| **Sandra J Prinder** | : | 900 Market Street, Courtroom #1, |
| **Kenneth E. West** | : | Philadelphia, PA, 19107 |
| | : | |
| Respondents. | : | |

## MOTION OF WELLS FARGO BANK, N.A. FOR RELIEF FROM THE AUTOMATIC STAY ON SECOND MORTGAGE FOR REAL PROPERTY LOCATED AT 1654 ROYAL BERKSHIRE CIR, WEST CHESTER, PA 19380

Wells Fargo Bank, N.A. ("Creditor"), by and through the undersigned counsel, moves the Court pursuant to 11 U.S.C. § 362(d) for an Order granting relief from the automatic stay on the real property located at 1654 Royal Berkshire Cir, West Chester, PA 19380 ("Property"). In support of its motion, Creditor states the following:

1. Rand J Prinder and Sandra J Prinder (collectively, "Debtor") filed a petition for relief under Chapter 13 of the Bankruptcy Code on December 14, 2023 (the "Petition Date").

2. On May 23, 2008, Debtor, Randy J Prinder and Sandra Jo Prinder, executed a Wells Fargo Home Equity Account Agreement and Disclosure Statement (the "Agreement") in the original amount of $100,000.00 (the "Note").  A copy of the Note is attached hereto as Exhibit A.

3. To secure the Note, a Short Form Home Equity Line of Credit Open-End Mortgage (the "Mortgage") was given May 23, 2008, and recorded June 23, 2008.  A copy of the

23-030802_EJS1

        Mortgage is attached as Exhibit B, evidencing perfection of Creditor's security interest in the Property which is more particularly described in the Mortgage.

4. Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

5. There are other liens against the property as listed in Debtor's Schedule D.

6. As of June 18, 2025, the total outstanding amount due on the Note is $94,880.55 which consists of:

| | |
|---|---|
| Principal | $92,238.65 |
| Interest | $1,005.26 |
| Escrow Advance | $0.00 |
| Deferred Interest | $1,562.13 |
| Other Charges | $74.51 |
| Contractual Suspense funds | $(0.00) |

7. Creditor seeks relief from the automatic stay pursuant to 11 USC § 362(d) to proceed under applicable non-bankruptcy law to enforce its remedies and to take any and all actions necessary to accelerate the balance due on the Note, to foreclose the Mortgage in accordance with state law, to apply the net proceeds to the obligation, and to otherwise exercise its contractual and state law rights as to the Property.

8. Creditor is entitled to relief from the automatic stay for the following reason(s):

    a. Creditor is not adequately protected per 11 USC § 362(d)(1) based upon Debtor's post-petition default.

    b. Debtor is in default post-petition. Debtor has failed to make full post-petition payments for the past 4 months as of June 18, 2025 and is in default in the amount of $2,422.40. This amount is broken down as follows:

23-030802_EJS1

| Post-Petition Payments Delinquent to Creditor | | |
|---|---|---|
| **Date Range** | **Amount** | **Total** |
| March 15, 2025 to June 15, 2025 | $605.95 | $2,423.80 |
| Post-Petition Suspense: $(1.40) | | |
| Total: $2,422.40 | | |

9. Creditor requests that the Court order that Rule 4001(a)(4) is not applicable.

10. Creditor further requests that further compliance with Fed.R.Bankr.P. 3002.1 be waived as to creditor in the instant bankruptcy case upon entry of an Order granting relief from the automatic stay.

WHEREFORE, Creditor prays for the entry of an Order Granting Relief from the Automatic Stay.

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is ABHall@mdklegal.com

23-030802_EJS1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 23-13786-pmm** |
| **Rand J Prinder** | : | **Chapter 13** |
| **Sandra J Prinder** | : | **Judge Patricia M. Mayer** |
| | : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | : | |
| | : | |
| **Wells Fargo Bank, N.A.** | : | **Date and Time of Hearing** |
| Movant, | : | **Place of Hearing** |
| | : | **August 20, 2025 at 01:00 p.m.** |
| **vs** | : | |
| | : | |
| **Rand J Prinder** | : | **U.S. Bankruptcy Court,** |
| **Sandra J Prinder** | : | **900 Market Street, Courtroom #1,** |
| **Kenneth E. West** | : | **Philadelphia, PA, 19107** |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Motion of Wells Fargo Bank, N.A. for Relief from the Automatic Stay on Second Mortgage for Real Property located at 1654 Royal Berkshire Cir, West Chester, PA 19380 was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

KENNETH E. WEST, Office of the Chapter 13 Standing Trustee, ecfemails@ph13trustee.com

BRAD J. SADEK, Attorney for Rand J Prinder and Sandra J Prinder, brad@sadeklaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Rand J Prinder and Sandra J Prinder, 1654 Royal Berkshire Circle, West Chester, PA  19380

Specialized Loan Servicing LLC, Attn: Bankruptcy, P.O. Box 630147, Littleton, CO  80163

/s/ Adam B. Hall
_____

23-030802_EJS1